UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPAIN ALARCON,<br><br>　　　　Petitioner<br><br>　　v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>　　　　Respondent. | Case No. SACV 15-1742-JVS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objection to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

　　　The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; and (2) Judgment

1  shall be entered dismissing Grounds One, Three, and Four with prejudice, and
2  Ground Two without prejudice.
3  **LET JUDGMENT BE ENTERED ACCORDINGLY.**
4
5
6
7  DATE: December 16, 2015  _____
8  JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE