UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPAIN ALARCON,<br><br>　　　　Petitioner<br><br>　　v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>　　　　Respondent. | Case No. SACV 15-1742-JVS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed in full as follows: Grounds One, Three, and Four of the Petition are dismissed with prejudice; and Ground Two of the Petition is dismissed without prejudice.

DATE: December 16, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE